IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. |
| v. | VIOLATIONS:<br>18 U.S.C. §§ 1512(c)(2), 2<br>(Obstruction of an Official Proceeding)<br>18 U.S.C. § 1361<br>(Destruction of Government Property) |
| STEPHEN ROY SEXTON, | 18 U.S.C. § 1752(a)(1)<br>(Entering and Remaining in a Restricted Building or Grounds) |
| Defendant. | 18 U.S.C. § 1752(a)(2)<br>(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)<br>18 U.S.C. § 1752(a)(4)<br>(Engaging in Physical Violence in a Restricted Building or Grounds)<br>40 U.S.C. § 5104(e)(2)(D)<br>(Disorderly Conduct in a Capitol Building)<br>40 U.S.C. § 5104(e)(2)(F)<br>(Act of Physical Violence in the Capitol Grounds or Buildings)<br>40 U.S.C. § 5104(e)(2)(G)<br>(Parading, Demonstrating, or Picketing in a Capitol Building) |

Case No. 23-cr-228
Assigned To: Judge Tanya S. Chutkan
Date Assigned: 7/12/2023
Description: INDICTMENT (B)

**ORDER**

This matter having come before the Court pursuant to the Government's Motion to Seal Indictment, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment and other related materials, Arrest Warrant, the instant motion to seal, and this Order

are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: July 12, 2023

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE