68927-510
DNA E1073613

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Stephen Roy Sexton | ) Case No. |
|  | ) |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Stephen Roy Sexton ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2
(Obstruction of an Official Proceeding)
18 U.S.C. § 1361
(Destruction of Government Property)
18 U.S.C. § 1752(a)(1)
(Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2)
(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

18 U.S.C. § 1752(a)(4)
(Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D)
(Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(F)
(Act of Physical Violence in the Capitol Grounds or Buildings)
40 U.S.C. § 5104(e)(2)(G)
(Parading, Demonstrating, or Picketing in a Capitol Building)

Date: July 12, 2023

2023.07.12
16:37:41
-04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7-13-2023 , and the person was arrested on *(date)* 07-19-2023
at *(city and state)* Columbia, SC .

Date: 07-19-2023

TFO Zachary Perry FBI
*Arresting officer's signature*

M. Sarvis DUSM
*Printed name and title*