CLOSED

# U.S. District Court
## District of South Carolina (Columbia)
## CRIMINAL DOCKET FOR CASE #: <u>3:23-cr-00564-PJG</u>-1
### *Internal Use Only*

Case title: USA v. Sexton

Date Filed: 07/19/2023

Other court case number: 23-228 USDC of District of Columbia

Date Terminated: 07/19/2023

Assigned to: Magistrate Judge
Paige J Gossett

**<u>Defendant (1)</u>**

**Stephen Roy Sexton**
*TERMINATED: 07/19/2023*

represented by **Mark Campbell McLawhorn**
**Federal Public Defender's Office (Cola)**
**1901 Assembly Street**
**Suite 200**
**Columbia, SC 29201**
**803-765-5087**
Fax: 803-765-5084
Email: mark_mclawhorn@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**<u>Pending Counts</u>**

None

**<u>Disposition</u>**

**<u>Highest Offense Level
(Opening)</u>**

None

**<u>Terminated Counts</u>**

None

**<u>Disposition</u>**

**<u>Highest Offense Level
(Terminated)</u>**

None

**<u>Complaints</u>**

**<u>Disposition</u>**

18:1512C.F Obstruction of an
official proceeding and aiding and
abetting

**Plaintiff**

USA                                  represented by   **Elliott Bishop Daniels**
                                                     US Attorneys Office (Cola)
                                                     1441 Main Street
                                                     Suite 500
                                                     Columbia, SC 29201
                                                     803−929−3035
                                                     Email: Elliott.Daniels@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2023 | 1 | Arrest (Rule 40− District of Columbia ) of Stephen Roy Sexton (asni, ) (Entered: 07/19/2023) |
| 07/19/2023 | 2 | Rule 5c3 Documents Received as to Stephen Roy Sexton. (asni, ) (Entered: 07/19/2023) |
| 07/19/2023 | 3 | NOTICE OF HEARING as to Stephen Roy Sexton Initial Appearance − Rule 40 set for 7/19/2023 02:30 PM in Columbia # 7, Matthew J. Perry Court House, 901 Richland St, Columbia before Magistrate Judge Paige J Gossett. (asni, ) (Entered: 07/19/2023) |
| 07/19/2023 | 4 | **Minute Entry for proceedings held before Magistrate Judge Paige J Gossett: Initial Appearance in Rule 5(c)(3) Proceedings as to Stephen Roy Sexton held on 7/19/2023 AFPD Mark Campbell McLawhorn appointed on behalf of Stephen Roy Sexton. Court reviews the indictment and penalties with defendant; defendant waives rule 5 identity hearing. Bond set at $25,000 unsecured; executed. Defendant release. Court Reporter Courtsmart. (asni, ) (Entered: 07/20/2023)** |
| 07/19/2023 | 5 | CJA 23 Financial Affidavit (Restricted Access) by Stephen Roy Sexton (asni, ) (Entered: 07/20/2023) |
| 07/19/2023 | 6 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Stephen Roy Sexton. Signed by Magistrate Judge Paige J Gossett on 7/19/2023.(asni, ) (Entered: 07/20/2023)** |
| 07/19/2023 | 7 | WAIVER of Rule 5c3 Hearing by Stephen Roy Sexton. (asni, ) (Entered: 07/20/2023) |
| 07/19/2023 | 8 | Unsecured Bond Entered as to Stephen Roy Sexton in amount of $ 25,000. (asni, ) (Entered: 07/20/2023) |
| 07/19/2023 | 9 | **ORDER Setting Conditions of Release as to Stephen Roy Sexton (1). Signed by Magistrate Judge Paige J Gossett on 7/19/2023.(asni, ) (Entered: 07/20/2023)** |
| 07/19/2023 | 10 | |

| | | |
|---|---|---|
| | | (Court only) BOND INFORMATION SHEET as to Stephen Roy Sexton (asni, ) (Entered: 07/20/2023) |
| 07/19/2023 | 11 | (Court only) ***Case Terminated as to Stephen Roy Sexton. Documents sent via e-mail to the District of Columbia. (asni, ) (Entered: 07/20/2023) |

*68 927-510*

*DNA  E107 3613*

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Stephen Roy Sexton | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Stephen Roy Sexton _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2), 2
(Obstruction of an Official Proceeding)
18 U.S.C. § 1361
(Destruction of Government Property)
18 U.S.C. § 1752(a)(1)
(Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2)
(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

18 U.S.C. § 1752(a)(4)
(Engaging in Physical Violence in a Restricted Building or Grounds) 40
U.S.C. § 5104(e)(2)(D)
(Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(F)
(Act of Physical Violence in the Capitol Grounds or Buildings)
40 U.S.C. § 5104(e)(2)(G)
(Parading, Demonstrating, or Picketing in a Capitol Building)

2023.07.12
16:37:41
-04'00'

Date:   July 12, 2023 _____        _____
                                                                    *Issuing officer's signature*

City and state:     Washington, D.C. _____     Zia M. Faruqui, U.S Magistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* **7-13-2023** , and the person was arrested on *(date)* **07-19-2023** at *(city and state)* **Columbia, SC** . |
| Date: **07-19-2023**                    **TFO Zachary Perry FBI** _____<br>                                                                          *Arresting officer's signature* |
| **M. Sarvis DUSM   M** _____<br>                                            *Printed name and title* |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on March 16, 2023

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO.** |
| | : | |
| **STEPHEN ROY SEXTON,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. §§ 1512(c)(2)** |
| **Defendant.** | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. § 1361** |
| | : | **(Destruction of Government Property)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(4)** |
| | : | **(Engaging in Physical Violence in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(F)** |
| | : | **(Act of Physical Violence in the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## I N D I C T M E N T

Case No. 23-cr-228
Assigned To: Judge Tanya S. Chutkan
Date Assigned: 7/12/2023
Description: INDICTMENT (B)

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere, **STEPHEN**

**ROY SEXTON** attempted to, and did, corruptly obstruct, influence, and impede an official

proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

**(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **STEPHEN ROY SEXTON** did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department or agency thereof, that is wooden furniture and a wooden, interior door within the United States Capitol, causing damage in an amount more than $1000.

**(Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **STEPHEN ROY SEXTON** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **STEPHEN ROY SEXTON** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a

restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **STEPHEN ROY SEXTON** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting.

**(Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **STEPHEN ROY SEXTON** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

3

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **STEPHEN ROY SEXTON** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds or Buildings,** in violation of Title 40, United States Code, Section 5104(e)(2)(F))

## COUNT EIGHT

On or about January 6, 2021, within the District of Columbia, **STEVEN ROY SEXTON** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building,** in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

4

```
MIME-Version:1.0
From:SCDEfilingstat@scd.uscourts.gov
To:scd_ecf_nef@localhost.localdomain
Bcc:
--Case Participants: Elliott Bishop Daniels (caseview.ecf@usdoj.gov,
elliott.daniels@usdoj.gov, klabbe@usa.doj.gov, laura.edwards@usdoj.gov,
usa-sc-ecf-afu-notice@usdoj.gov, usa-sc-ecf-docket-m@usdoj.gov)
--Non Case Participants: CSO Columbia Only (lpatterson005@yahoo.com), United States
Marshal's Office Columbia & Criminal Division (usms-scd-cola-criminal@usdoj.gov), United
States Probation Office -- Columbia (dscp-columbia_duty@scp.uscourts.gov), ad hoc
(lindsay_matthews@fd.org, marla_watkins@fd.org)
--No Notice Sent:

Message-Id:11356574@scd.uscourts.gov
Subject:Activity in Case 3:23-cr-00564-PJG USA v. Sexton Notice of Hearing
Content-Type: text/html
```

## U.S. District Court

### District of South Carolina

**Notice of Electronic Filing**


The following transaction was entered on 7/19/2023 at 10:56 AM EDT and filed on 7/19/2023

| | |
|---|---|
| **Case Name:** | USA v. Sexton |
| **Case Number:** | 3:23-cr-00564-PJG |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**NOTICE OF HEARING as to Stephen Roy Sexton Initial Appearance – Rule 40 set for 7/19/2023 02:30 PM in Columbia # 7, Matthew J. Perry Court House, 901 Richland St, Columbia before Magistrate Judge Paige J Gossett. (asni, )**


**3:23-cr-00564-PJG-1 Notice has been electronically mailed to:**

Elliott Bishop Daniels    Elliott.Daniels@usdoj.gov, CaseView.ECF@usdoj.gov, USA-SC-ECF-AFU-Notice@usdoj.gov, USA-SC-ECF-Docket-M@usdoj.gov, klabbe@usa.doj.gov, laura.edwards@usdoj.gov

**3:23-cr-00564-PJG-1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:SCDEfilingstat@scd.uscourts.gov
To:scd_ecf_nef@localhost.localdomain
Bcc:
--Case Participants: Elliott Bishop Daniels (caseview.ecf@usdoj.gov,
elliott.daniels@usdoj.gov, klabbe@usa.doj.gov, laura.edwards@usdoj.gov,
usa-sc-ecf-afu-notice@usdoj.gov, usa-sc-ecf-docket-m@usdoj.gov), Mark Campbell McLawhorn
(ashley_haworth@fd.org, kristin_burt@fd.org, lindsey_matthews@fd.org,
mark_mclawhorn@fd.org, marla_watkins@fd.org), Magistrate Judge Paige J Gossett
(gossett_ecf@scd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11358653@scd.uscourts.gov
Subject:Activity in Case 3:23-cr-00564-PJG USA v. Sexton Initial Appearance - Rule 5(c)(3)
Content-Type: text/html
```

## U.S. District Court

## District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 7/20/2023 at 9:23 AM EDT and filed on 7/19/2023

| | |
|---|---|
| **Case Name:** | USA v. Sexton |
| **Case Number:** | 3:23-cr-00564-PJG |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
 Minute Entry for proceedings held before Magistrate Judge Paige J Gossett: Initial Appearance in Rule 5(c)(3) Proceedings as to Stephen Roy Sexton held on 7/19/2023 AFPD Mark Campbell McLawhorn appointed on behalf of Stephen Roy Sexton. Court reviews the indictment and penalties with defendant; defendant waives rule 5 identity hearing. Bond set at $25,000 unsecured; executed. Defendant release. Court Reporter Courtsmart. (asni, )

**3:23-cr-00564-PJG-1 Notice has been electronically mailed to:**

Elliott Bishop Daniels    Elliott.Daniels@usdoj.gov, CaseView.ECF@usdoj.gov, USA-SC-ECF-AFU-Notice@usdoj.gov, USA-SC-ECF-Docket-M@usdoj.gov, klabbe@usa.doj.gov, laura.edwards@usdoj.gov

Mark Campbell McLawhorn    mark_mclawhorn@fd.org, Lindsey_Matthews@fd.org, ashley_haworth@fd.org, kristin_burt@fd.org, marla_watkins@fd.org

**3:23-cr-00564-PJG-1 Notice will not be electronically mailed to:**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

**United States of America**

     **vs.**

**STEPHEN ROY SEXTON**　　　　　<u>Case No. 3:23-564</u>

     Pursuant to the Criminal Justice Act, Title 18, United States Code, Section 3006A, and the Plan of this District approved thereunder by the Judicial Council of the Fourth Circuit,

     IT IS ORDERED that the Federal Public Defender is appointed for the above-named individual.

<br>

                                        **PAIGE J. GOSSETT**
                                        United States Magistrate Judge

Columbia, South Carolina
Date: <u>July 19, 2023</u>

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### District of SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. DSC 3:23-564 |
| | ) | |
| STEPHEN ROY SEXTON | ) | Charging District's Case No. 23-228 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __DISTRICT OF COLUMBIA__

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
        unless I am indicted — to determine whether there is probable cause to believe that an offense has
        been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☐     a preliminary hearing.   N/A

☐     a detention hearing.   N/A

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
       be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set
       by that court.

☐     the proceedings as marked above but request that a _____ hearing be held in the
       prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:     __Jul 19, 2023__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mark C. McLawhorn
*Printed name of defendant's attorney*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| **v.** | ) | |
| | ) | Case No.    3:23-564 |
| STEPHEN ROY SEXTON | ) | |
| | ) | |
| *Defendant* | ) | |

### APPEARANCE BOND

### Defendant's Agreement

I, **STEPHEN ROY SEXTON** (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;

( X ) if convicted, to surrender to serve a sentence that the court may impose; or

( X ) to comply with all conditions of set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( ✓ ) (2) This is an unsecured bond of $ 25,000                    .

( ) (3) This is a secured bond of $                                  , secured by:

( ) (a) $                            , in cash deposited with the court.

( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____
_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case 1:23-cr-00238-TSC Document 6 Filed 07/25/23 Page 14 of 21
Case 3:23-cr-00564-PJG Document 8 Filed 07/19/23 Page 2 of 2

Page 2

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;
(2)     the property is not subject to claims, except as described above; and
(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:     7/19/2023

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: July 19, 2023

_____
*Judge's signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                    Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
### for the

District of    South Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.    3:23-564 |
| STEPHEN ROY SEXTON ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    Via Zoom with US District Court for the District of Columbia
                                                           *Place*

for an initial appearance (Zoom instructions given to defendant separately)

on                         Thursday, July 27, 2023 at 1:00pm
                                            *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

         $ 35,000 unsecured

AO 199B (Rev. 12/20) Additional Conditions of Release

Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address (only if above is an organization) _____
City and state _____   Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the cou immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                         *Custodian*                              *Date*

( ☒ ) (7) The defendant must:

( ☒ ) (a) submit to supervision by and report for supervision to the   DC Pretrial Services weekly by phone   ,
telephone number   (202)442-1000   , no later than   _____ .

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☐ ) (d) surrender any passport to: _____

( ☒ ) (e) not obtain a passport or other international travel document.

( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:   Travel restricted to the State of SC without prior
Permission of the Court through Pretrial Services, stay out of DC except for Court, and meetings with attorney

( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including: _____

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
necessary.

( ☒ ) (k) not possess a firearm, destructive device, or other weapon

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a license
medical practitioner.

( ☒ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used wit
random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form o
prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency ar
accuracy of prohibited substance screening or testing.

( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office o
supervising officer.

( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

( ☐ ) (i) Curfew. You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
directed by the pretrial services office or supervising officer; or

( ☐ ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious service
medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or oth
activities approved in advance by the pretrial services office or supervising officer; or

( ☐ ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
court appearances or other activities specifically approved by the court; or

( ☐ ) (iv) Stand Alone Monitoring. You have no residential curfew, home detention, or home incarceration restrictions. However,
you must comply with the location or travel restrictions as imposed by the court.
Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release

Page **3** of **4** Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
   ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
   ( ☐ ) (ii)   Voice Recognition; or
   ( ☐ ) (iii)  Radio Frequency; or
   ( ☐ ) (iv)   GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t)  Do not enter federal property or facilities except for <u>business related to pending charges or as otherwise authorized in advance by</u> <u>US Pretrial Services</u>

( ☒ ) (u)  <u>reside with mother in Winnsboro, SC and follow</u>

(   ) (v)  <u>her house rules</u>

(   ) (w) _____

AO 199C  (Rev. 09/08) Advice of Penalties

Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

( ☒ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: July 19, 2023

_____
*Judicial Officer's Signature*

Paige J. Gossett, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 100A  (Rev. 01/09)  Bail Information Sheet

# UNITED STATES DISTRICT COURT
for the

District of SOUTH CAROLINA

| | |
|---|---|
| United States of America<br>v.<br><br>STEPHEN ROY SEXTON<br>*Defendant* | )<br>)<br>)  Case No.    3:23-564<br>)<br>) |

## BAIL INFORMATION SHEET
*(Under Fed. R. Crim. P. 49.1, this form may only be filed in court if redacted or under seal.)*

**Defendant's information:**

Name: Stephen Roy Sexton

Date of birth: 11/20/1984          Social Security No.: 2559-6206

Immigration status: _____    Alien Registration No.: _____

Home address: 5392 Jackson creek Rd Winsboro SC.

Home/cell phone No(s).: 803-718-7978

Employer's name: _____

Employer's address: _____

Work phone No.: _____    Length of employment: _____  ☐ months  ☐ years

Name, address, and phone number of any persons with whom defendant will live during pendency of the case:

_____

_____

Name, address, and phone number of any persons residing in the United States who will know how to contact defendant, aside from sureties on this bond:

_____

_____

I swear under penalty of perjury that the above information is true.

*Defendant's signature*

**Defendant's attorney information:**

Name: _____    Phone(s): _____

Address: _____

| AUSA: _____ *(initials)* | Defendant's Attorney: ___ ___ ___ *(initials)* |
|---|---|

```
MIME-Version:1.0
From:SCDEfilingstat@scd.uscourts.gov
To:scd_ecf_nef@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Paige J Gossett (gossett_ecf@scd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11358764@scd.uscourts.gov
Subject:Activity in Case 3:23-cr-00564-PJG USA v. Sexton Terminate Criminal Case - Rule
5c3 Transfer Out
Content-Type: text/html
```

### U.S. District Court

### District of South Carolina

## Notice of Electronic Filing

The following transaction was entered on 7/20/2023 at 9:44 AM EDT and filed on 7/19/2023

| | |
|---|---|
| **Case Name:** | USA v. Sexton |
| **Case Number:** | 3:23-cr-00564-PJG |
| **Filer:** | |
| **Document Number:** | 11(No document attached) |

**Docket Text:**
**\*\*\*Case Terminated as to Stephen Roy Sexton. Documents sent via e-mail to the District of Columbia. (asni, )**


**3:23-cr-00564-PJG-1 Notice has been electronically mailed to:**

**3:23-cr-00564-PJG-1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:SCDEfilingstat@scd.uscourts.gov
To:scd_ecf_nef@localhost.localdomain
Bcc:
--Case Participants: Elliott Bishop Daniels (caseview.ecf@usdoj.gov,
elliott.daniels@usdoj.gov, klabbe@usa.doj.gov, laura.edwards@usdoj.gov,
usa-sc-ecf-afu-notice@usdoj.gov, usa-sc-ecf-docket-m@usdoj.gov), Magistrate Judge Paige J
Gossett (gossett_ecf@scd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:11356528@scd.uscourts.gov
Subject:Activity in Case 3:23-cr-00564-PJG USA v. Sexton Arrest - Rule 40
Content-Type: text/html
```

### U.S. District Court

### District of South Carolina

**Notice of Electronic Filing**

The following transaction was entered on 7/19/2023 at 10:42 AM EDT and filed on 7/19/2023

| | |
|---|---|
| **Case Name:** | USA v. Sexton |
| **Case Number:** | 3:23-cr-00564-PJG |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
 **Arrest (Rule 40- District of Columbia ) of Stephen Roy Sexton (asni, )**


**3:23-cr-00564-PJG-1 Notice has been electronically mailed to:**

Elliott Bishop Daniels    Elliott.Daniels@usdoj.gov, CaseView.ECF@usdoj.gov,
USA-SC-ECF-AFU-Notice@usdoj.gov, USA-SC-ECF-Docket-M@usdoj.gov, klabbe@usa.doj.gov,
laura.edwards@usdoj.gov

**3:23-cr-00564-PJG-1 Notice will not be electronically mailed to:**