NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                 Criminal Number  23-228 (TSC)

Stephen Roy Sexton
         (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Casey P. Riddle
_(Attorney & Bar ID Number)_
Federal Public Defender, District of South Carolina
_(Firm Name)_
401 W. Evans Street, Suite 105
_(Street Address)_
Florence, South Carolina 29501
_(City)            (State)        (Zip)_
(843) 662-1510
_(Telephone Number)_