UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 23-cr-228 (TSC) |
| | : | |
| STEPHEN ROY SEXTON | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel, pursuant to Local Criminal Rule 44.5(d), respectfully moves this Honorable Court for leave to withdraw as counsel. Undersigned counsel was appointed to represent Mr. Sexton at his initial appearance until counsel from the Federal Public Defender in South Carolina could enter an appearance. Ms. Casey Price Riddle has now entered her appearance for Mr. Sexton.

Wherefore, undersigned counsel respectfully requests leave to withdraw her appearance on behalf of Mr. Sexton.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

 /s/ Diane Shrewsbury
Diane Shrewsbury
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1