




MCWEEK 2019
VENDOR'S PERMIT
VALID 6/8/19-6/16/19
HOURS 8:00AM - 12:30AM

Space # 2019



NH VETERANS

# CITY OF LACONIA
## MOTORCYCLE WEEK VENDING LICENSE
### NON FOOD

License: MCNFD-2477                         Square Footage: 0

Name of Business: **HIDOW RALLY USA**

Name: STEPHEN SEXTON
Mailing Address: ▬
City, State, Zip: ▬
Telephone: ▬                                Non-Profit ID#: ___
email: ___

**MERCHANDISE TO BE SOLD:**

HIDOW PRODUCTS, Water, Hats, Jewelry, Knives, WALKING STICKS, GLASS PIPES

(ONLY THOSE ITEMS LISTED WILL BE PERMITTED TO BE SOLD OR DISPLAYED)

(FOR CITY USE ONLY)

Application Fee:     550.00
Penalties:             0.00
Friday Fee:            0.00
Total Paid:          550.00
Licensing Approval on: 6/08/2019    Licensing Start: 6/08/2019    Licensing Expires: 6/16/2019
Special Conditions of Approval: ___     Check here if approved per 161.20 of City Licensing Ordinance

45 Beacon Street East, Laconia, NH 03246  (603) 528-6331

# Mary-Michael Deas

**From:** Stephen Sexton
**Sent:** Thursday, August 17, 2023 11:19 AM
**To:** Mary-Michael Deas
**Subject:** Fwd: Concord Mills Leasing Interest
**Attachments:** image001.jpg; Application.docx; Temp Tenant Insurance Requriments 2022.pdf; Sample Certificate of Insurance.pdf

EXTERNAL SENDER

---------- Forwarded message ---------
From: **Rachel Fields**
Date: Fri, Aug 11, 2023, 3:34 PM
Subject: Concord Mills Leasing Interest
To:

Hello Stephen.

Thank you for your inquiry about leasing space with us. If you wish to sell knives in the common area they will have to be in locking glass cases on the cart so that they can be secured. I have a tenant that is actually selling his previous jewelry cases that you could speak to about purchasing those since they are custom made to fit our carts and you wouldn't have to contract to have new ones made.

There are three carts left for holiday currently, they are being leased on a first come first serve basis with a signed lease, pre-paid rent, security deposit and firs month rent up front. I am currently accepting leases that expire no earlier than April 2024. The following are the details about cart leasing at Concord Mills.

You would be responsible for the following:

- a security deposit equally 75% of a regular month of rent
- pre-paid rent (for the last month) equal to the last month of rent on the lease
- full first month of rent paid up front prior to setup
- $2Million general liability insurance policy
- Pre-approved design of what the cart will look like prior to your setup

Available spaces are as follows:

- The location in front of Bass Pro for $1300/mo January-October and $2650/mo holiday
- the location near sun ski & Sport/Dave and Busters for $1350/mo January -October and $2800/mo holiday (November and December)
- the location by Camille LaVie/Osh Kosh that is $1550/mo off season and $3150/mo November and December?

1

Attached you will find the application to complete and return a copy of the insurance requirements and a sample Certificate of Insurance.

Regards,

**Rachel E. Fields**

Specialty Leasing Representative

DEI Ambassador

Concord Mills

M ███████

W ███████

███████████

CONFIDENTIALITY NOTICE

This e-mail may be a part of an ongoing preliminary negotiation and does not create rights or obligations for or against either party. This e-mail is nonbinding and constitutes neither a lease nor a promise or commitment to make a lease. To be enforceable by or against a party, a lease agreement between the parties must be written and signed by both parties.