

BestDealPawn

26690 - Palmetto
26691 - Remingt

Customer Name: STEPHEN ROY SEXTON, II
Phone Number:
Street Address:

AND PAWN #4

| Date & Time | Tkt Num | Description | Amount | Exp Date | Disposition | Disp Date | Renewed From | Renewed To | Amt Paid | Associate | Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2022 12:31:05 PM | FT-P04046245 | TAURUS FIREARMS REVOLVER 66 STAI | $225.00 | 11/2/2022 | EXPIRED | 1/3/2023 | | | | BRANDON1 | 1 |
| 10/2/2022 12:47:09 PM | LT-P04046246 | SHARP FLAT PANEL TV LC-55LE653U | $40.00 | 11/2/2022 | EXPIRED | 1/3/2023 | | | | BRANDON1 | 1 |
| 10/30/2022 3:42:02 PM | FT-P04046802 | CENTURY ARMS INC. - C.A.I. PISTO | $90.00 | 11/30/2022 | EXPIRED | 1/30/2023 | | | | BRANDON1 | 1 |

Special Marking:
Evidence of 3rd

THE PLEDG
NO LIENS O
PAWN, and
You also acl
and consent
terms set fo

I represent t
bered and I

X





Columbia_SC-29223
(803) 786-0000
BestDealPawnandGun@SC.RR.Com

| Pledgor: | Sexton, Stephen | Date: | 04/19/23 |
| --- | --- | --- | --- |
| ID: | FL Driver's License | Time: | 4:55 pm |
| Address: | | | |
| Date of Birth: | ██/██/84  Gender: M  Race: W  Height: 5-09  Eye Color: GRE  Hair Color: | | |

You are giving a security interest in the following pledged property

| | Amount | Serial Altered |
| --- | --- | --- |
| 26690 - Palmetto State Armory multi/mod PA-15/RIFL SN# LW203236 Used Barrel: Single Length: 16" Semi-Auto Blue Steel Bag | 300.00 | ☐ Yes ☐ No |
| 26691 - Remington 30-06/mod 1917/RIFL SN# 309721 Used Barrel: Single Length: 26" Bolt Action Blue Steel | 300.00 | ☐ Yes ☐ No |

FORCLOSED 7-19-23

Special Markings _____  Special Engravings _____

Evidence of 3rd party ownership ☐ Yes ☐ No  If yes, ownership verified by _____

THE PLEDGOR OF THE ITEM(S) ATTESTS THAT IT IS NOT STOLEN, HAS NO LIENS OR ENCUMBRANCES, AND IS THE PLEDGOR'S TO SELL OR PAWN, and you are representing that you are at least 18 years of age. You also acknowledge that you have been given a copy of this contract, and consent to the sale or disposal of this property according to the terms set forth herein.

I represent the above listed collateral as wholly owned and unencumbered and I acknowledge receipt of a true copy of this contract.

| TRUTH IN LENDING | |
| --- | --- |
| MATURITY DATE | 05/19/23 |
| AMOUNT FINANCED  The amount of credit provided to you | $600.00 |
| FINANCE CHARGE  The dollar amount the credit will cost you | $77.50 |
| TOTAL OF PAYMENTS  Amount to redeem pawn on maturity date | $677.50 |
| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate | 157.19 % |
| PAYMENT SCHEDULE: 1 @ | $677.50 |

If you pay off your loan early you will not be entitled to a refund of part of the finance

X _____  04/19/23
   Pledgor's Signature

_____
Pawnbroker's Signature  Layla G

EDDIE ROGERS
_____

**Firearms Bill of Sale**

Date Sold: 6-23-22

Firearm
Mfg: Winchester SXP
Mod:
Cal: 12 ga
Type: Pump
S #:

Seller
Name: Stephen Sexton
Address:
D.O.B.: ███-89
Driver's License or ID #: ███

Buyer
Name: Joseph Y. Burrough(?)
Address: ███
D.O.B.: ███-60
Driver's License or ID #:

_____    _____
Signature of Seller                              Date

_____    _____
Signature of Buyer                              Date