Stephen R. Sexton    Steph R.

August 12, 2023

I three guns Lock up.
Two in my bed room. 22
one down stair in the house

all 3 are 22,

Stephen R. Sexton

(

3 guns have
found + is Lock up
in safe!