

BestDealPawn

26690 - Palmetto
26691 - Remingt[on]

Customer Name: STEPHEN ROY SEXTON, II
Phone Number: [redacted]
Street Address: [redacted]

Selected Store: PALMETTO GOLD AND PAWN #4

| Date & Time | Tkt Num | Description | Amount | Exp Date | Disposition | Disp Date | Renewed From | Renewed To | Amt Paid | Associate | Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2022 12:31:05 PM | FT-P04046245 | TAURUS FIREARMS REVOLVER 66 STAI | $225.00 | 11/2/2022 | EXPIRED | 1/3/2023 | | | | BRANDON1 | 1 |
| 10/2/2022 12:47:09 PM | LT-P04046246 | SHARP FLAT PANEL TV LC-55LE653U | $40.00 | 11/2/2022 | EXPIRED | 1/3/2023 | | | | BRANDON1 | 1 |
| 10/30/2022 3:42:02 PM | FT-P04046802 | CENTURY ARMS INC. - C.A.I. PISTO | $90.00 | 11/30/2022 | EXPIRED | 1/30/2023 | | | | BRANDON1 | 1 |

Special Marking:
Evidence of 3rd

THE PLEDG[E]
NO LIENS O[N]
PAWN, and
You also ac[knowledge]
and consen[t]
terms set fo[rth]

I represent t[hat]
bered and I

X [signature]





## Palmetto Gold & Pawn

Pawnbroker, Creditor / Lender
1722-A BROAD RIVER ROAD
COLUMBIA SC 29210
(803) 750-7296

**LOAN**

Pledgor's Name & Address: STEPHEN ROY SEXTON, II

ORIGINAL LOAN NO: FT-P04046602

DATE MADE: 10/30/2022
TIME MADE: 15:42:02

IDENTIFICATION TYPE AND NUMBER: FLORIDA DL
D.O.B.: /1984
EYES: BLU
RACE: WHT
HEIGHT: 5'9"
WEIGHT: 160 lbs.
SEX: M

You are giving a Security Interest in the following Pledged Goods.
PISTOL: CENTURY ARMS INC. - C.A.I. MODEL M88A, SERIAL NUMBER M88AO2360, MATTE BLACK, NOT INCLUDED, 4, 9MM PARABELLUM, SEMI - AUTOMATIC

DUE DATE: 11/30/2022

AMOUNT FINANCED. The amount of cash advanced or credit extended to you: $90.00

FINANCE CHARGE. The dollar amount the credit will cost you: $20.50

TOTAL OF PAYMENTS. Amount required to redeem pawn on Due Date: $110.50

ANNUAL PERCENTAGE RATE. The cost of your credit as a yearly rate: 273.3%

PAYMENT SCHEDULE 1 @ $110.50

PREPAYMENT: If you pay off early you will not be entitled to a refund of part of the finance charge.

Serial Number: M88AO2360    Has Serial Number been altered [ ] Yes [ ] No
Special Markings: NA    Special Engravings: NA
Evidence of third party ownership [ ] Yes [ ] No. If yes, ownership verified by _____

THE PLEDGOR OF THE ITEM(S) ATTESTS THAT IT IS NOT STOLEN, HAS NO LIENS OR ENCUMBRANCES, AND IS THE PLEDGOR'S TO SELL OR PAWN, and you are representing that you are at least 18 years of age. You also acknowledge that you have been given a copy of this contract, and consent to the sale or disposal of this property according to the terms set forth herein I represent the above listed collateral as wholly owned and unencumbered and I acknowledge receipt of a true copy of this contract.

X _____ Pledgor's Signature    NOTICE: See Reverse Side    X _____ Pawnbroker's Signature

**REDEMPTION SCHEDULE:**

Until Due Date: Pay TOTAL OF PAYMENTS

From Due Date+1 to Due Date+30 days: Pay TOTAL OF PAYMENTS + FINANCE CHARGE

From Due Date+31 to Due Date+60 days: Pay TOTAL OF PAYMENTS + FINANCE CHARGEx2

**PAWN CUSTOMERS:**
You have until 'DUE DATE' + 60 days to redeem or extend your loan. The 'DUE DATE' can be found below the barcode on this contract.

Register online to view your loans at: buya.com

*Reprint Reprint Reprint*

Columbia_SC-29223
(803) 786-0000

BestDealPawnandGun@SC.RR.Com

Pledgor: Sexton, Stephen
ID: FL Driver's License
Address:
Date of Birth: ██/██/84   Gender: M   Race: W   Height: 5-09   Eye Color: GRE   Hair Color:
Date: 04/19/23
Time: 4:55 pm

You are giving a security interest in the following pledged property | Amount | Serial Altered

26690 - Palmetto State Armory multi/mod PA-15/RIFL SN# LW203236 Used Barrel: Single Length: 16" Semi-Auto Blue Steel Bag — 300.00  Yes  No
26691 - Remington 30-06/mod 1917/RIFL SN# 309721 Used Barrel: Single Length: 26" Bolt Action Blue Steel — 300.00  Yes  No

FORCLOSED 7-19-23

Special Markings _____   Special Engravings _____

Evidence of 3rd party ownership ☐ Yes  ☐ No  If yes, ownership verified by _____

THE PLEDGOR OF THE ITEM(S) ATTESTS THAT IT IS NOT STOLEN, HAS NO LIENS OR ENCUMBRANCES, AND IS THE PLEDGOR'S TO SELL OR PAWN, and you are representing that you are at least 18 years of age. You also acknowledge that you have been given a copy of this contract, and consent to the sale or disposal of this property according to the terms set forth herein.

I represent the above listed collateral as wholly owned and unencumbered and I acknowledge receipt of a true copy of this contract.

X _____ 04/19/23
   Pledgor's Signature

**TRUTH IN LENDING**

| MATURITY DATE | 05/19/23 |
| AMOUNT FINANCED *The amount of credit provided to you* | $600.00 |
| FINANCE CHARGE *The dollar amount the credit will cost you* | $77.50 |
| TOTAL OF PAYMENTS *Amount to redeem pawn on maturity date* | $677.50 |
| ANNUAL PERCENTAGE RATE *The cost of your credit as a yearly rate* | 157.19 % |
| PAYMENT SCHEDULE: 1 @ | $677.50 |

*If you pay off your loan early you will not be entitled to a refund of part of the finance*

Layla G
Pawnbroker's Signature

EDDIE ROGERS

## Firearms Bill of Sale

Date Sold: 6-23-22

Firearm
Mfg: Winchester SXP
Mod:
Cal: 12 ga
Type: Pump
S #:

Seller
Name: Stephen Sexton
Address:
D.O.B.: ▮▮-89
Driver's License or ID #: ▮▮▮

Buyer
Name: Joseph Y. Burnaugh
Address: ▮▮▮
D.O.B.: ▮▮-60
Driver's License or ID #:

_____    _____
Signature of Seller               Date

_____    _____
Signature of Buyer                Date