Stephen R. Sexton   Stephe R

August 12, 2023

I three guns Lock up.
Two in my bed room. 22
one down stair in the house

All 3 are 22.

Stephen R. Sexto

(

3 guns have
found + is Lock up
in safe.