NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.

Criminal Number  23-228 (TSC)

Stephen Roy Sexton
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☐ RETAINED     ■ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Edmund Gregorie Monroe Neyle, 13832
*(Attorney & Bar ID Number)*

Federal Public Defender, District of South Carolina
*(Firm Name)*

401 W. Evans Street, Suite 105
*(Street Address)*

Florence, South Carolina 29501
*(City)        (State)        (Zip)*

(843) 662-1510
*(Telephone Number)*